**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**RAYNARD DEANCO WILDER,**

***Plaintiff,***

**v.** **Case No.: 4:26cv410-MW/MJF**

**SECURUS TECHNOLOGIES/JPAY,**

***Defendant.***
_______________________________/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Although Plaintiff's amended complaint was docketed on October 8, 2026, the filing reflects it was timely provided for mailing on September 29, 2026. *See* ECF No. 13 at 28 (stamp on envelope noting that amended complaint was provided for mailing on September 29, 2026). Nevertheless, Plaintiff failed to disclose his pertinent litigation history in the operative Complaint and this Court agrees that dismissal without prejudice is an appropriate sanction. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 14, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended

complaint, ECF No. 13, is **DISMISSED without prejudice** pursuant to this Court's inherent authority to manage its docket and enforce the Local Rules, based on Plaintiff's failure to comply with the complaint form's explicit instructions and failure to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on November 3, 2026.**

**s/Mark E. Walker**
**United States District Judge**